## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

In re

**DONNA MOHLER**                           Case No. **19-60025-7**
**SEAN MOHLER,**

Debtors.

### *O R D E R*

At Butte in said District this 14th day of February, 2019.

In this Chapter 7 bankruptcy the Trustee filed on February 14, 2019, an application to approve employment of professional seeking to employ Darcy M. Crum as attorney for the estate on an hourly basis.  Upon review of the application and attached affidavit and it appearing that Darcy M. Crum is a licensed and experienced bankruptcy attorney, and the Court being satisfied that said professional is disinterested and represents no interest substantially adverse to the estate in the matters upon which this case concerns, and that Darcy M. Crum's employment is necessary and would be in the best interests of the estate,

**IT IS ORDERED** the Trustee's application to approve employment of professional, filed February 14, 2019, at ECF No. 19 is approved; and Darcy M. Crum is employed as attorney for the estate.  All compensation awarded and paid to said professional shall be subject to Court approval after proper application.

BY THE COURT:

Hon. Benjamin P. Hursh
United States Bankruptcy Court
District of Montana

United States Bankruptcy Court
District of Montana

In re:                                                          Case No. 19-60025-BPH
DONNA B MOHLER                                                  Chapter 7
SEAN M MOHLER
            Debtors

## CERTIFICATE OF NOTICE

District/off: 0977-2          User: ColeenHan          Page 1 of 1          Date Rcvd: Feb 14, 2019
                             Form ID: pdfoae           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2019.
db          +DONNA B MOHLER,   6850 BLACK POWDER RD,   MORGAN, UT 84050-9740
jdb         +SEAN M MOHLER,   316 TALON DR,   GRAND JUNCTION, CO 81503-3831

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2019                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2019 at the address(es) listed below:
              DARCY M. CRUM    dcrum@mcn.net,   MT12@ecfcbis.com;esjayarepc@aol.com
              DARCY M. CRUM    on behalf of Trustee DARCY M. CRUM dcrum@mcn.net,
               MT12@ecfcbis.com;esjayarepc@aol.com
              JASON JAMES HENDERSON    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               jhenderson@mackoff.com, tjoern@mackoff.com;gnichols@mackoff.com
              JON R BINNEY    on behalf of Creditor   NISSAN MOTOR ACCEPTANCE CORPORATION jon@binneylaw.com
              OFFICE OF THE U.S. TRUSTEE    ustp.region18.bs.ecf@usdoj.gov
              STEVEN M JOHNSON    on behalf of Debtor DONNA B MOHLER sjohnson@chjw.com,
               llee@chjw.com;lphillips@chjw.com;r46209@notify.bestcase.com
                                                                      TOTAL: 6