Darcy M. Crum
Rebeck & Crum
An Association for the Practice of Law
300 Central Avenue, Suite 410
P. O. Box 2720
Great Falls, Montana 59403-2720
Telephone No.: (406) 727-8400
Facsimile No.: (406) 727-9895
Email: dcrum@mcn.net
State Bar No.: 2886
Attorney for Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

---

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| DONNA B. MOHLER | ) | Case No. 19-60025 |
| | ) | |
| SEAN MOHLER | ) | **NOTICE OF HEARING** |
|       Debtors. | ) | Date: **March 29, 2019** |
| | ) | Time: **9:00 o'clock a.m.** |
| | ) | Location: **Charles Pray Courtroom** |
| | ) | **Missouri River Courthouse** |
| | ) | **125 Central Ave. West** |
| | ) | **Great Falls, Montana** |

---

### OBJECTION TO MOTION TO MODIFY STAY

---

Darcy M. Crum, Trustee, objects to the Motion to Modify Stay filed by Nationstar Mortgage LLC, d/b/a Mr. Cooper seeking to lift the stay to proceed with foreclosure of the real property which is legally described as follows: SEC/TWN/RNG/MER:SEC 36 TWN 21N RNG 03E WATERTOWER PARK ADDITION, S36, T21 N, R03 E, BLOCK 002, LOT 008.

The Chapter 7 Trustee and the attorney for Nationstar Mortgage LLC, d/b/a Mr. Cooper are working on a stipulation to allow the Trustee to proceed with a short sale of the real property

and anticipate that the stipulation will be filed in the next 14 days. In addition, the Trustee has just received an offer on the property which she and the creditor are in the process of reviewing.

In view of the foregoing, the Trustee respectfully requests that the Court deny the Motion to Modify Stay filed by Nationstar Mortgage LLC, d/b/a Mr. Cooper.

DATED this 6th day of March, 2019.

*/s/ Darcy M. Crum*
Darcy M. Crum
Attorney for Trustee

## CERTIFICATE OF SERVICE

I, Darcy M. Crum, Trustee, hereby certify under penalty of perjury that on the 6th day of March, 2019, I served a true and correct copy of the foregoing OBJECTION TO MOTION TO MODIFY STAY by first class mail, postage prepaid, upon the following as shown below:

DONNA B MOHLER
6850 BLACK POWDER RD
MORGAN, UT 84050-9740

SEAN M MOHLER
316 TALON DR
GRAND JUNCTION, CO 81503-3831

ReMax of Great Falls
920 Central Avenue
Great Falls, MT 59401

BK Global Real Estate Services
1095 Broken Sound Parkway
Boca Raton, FL 33487

*/s/ Darcy M. Crum*
Darcy M. Crum