UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | | |
|---|---|---|
| In Re | ) | Case No. 19-60025 |
| | ) | |
| DONNA B MOHLER | ) | ORDER |
| | ) | |
| SEAN MOHLER | ) | |
| | ) | |
| Debtors. | ) | |

At Butte in said District this 27th day of June, 2019.

Upon review of the Amended Stipulation and Agreement between the Chapter 7 Bankruptcy Trustee Darcy M. Crum and Nationstar Mortgage LLC d/b/a Mr. Cooper, the Court finds that the terms of the Stipulation and Agreement are fair and equitable and satisfy the requirements of F.R.B.P. 9019 (a) and 11 U.S.C. § 362(d)(1).

**IT IS ORDERED** the Amended Stipulation and Agreement between the Chapter 7 Bankruptcy Trustee Darcy M. Crum and Nationstar Mortgage LLC d/b/a Mr. Cooper is **APPROVED,** and the parties shall henceforth be bound by and shall perform. Nationstar Mortgage LLC d/b/a Mr. Cooper's motion to modify stay filed February 22, 2019 is **GRANTED** and the stay is modified, but enforcement is **STAYED** until August 31, 2019, to enable the Chapter 7 Trustee time to have a short sale approved by Nationstar Mortgage LLC d/b/a Mr. Cooper and complete a sale of the property.

However, if the Chapter 7 Trustee fails to sell the property by August 31, 2019, Creditor shall be allowed to immediately exercise its remedies under state law without further order from this Court.

BY THE COURT:

Hon. Benjamin P. Hursh
United States Bankruptcy Court
District of Montana